**RECEIVED**

JAN - 5 2012

TONY R. MOORE, CLERK

BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHN-TALMAGE MATHIS

VERSUS

BOOMTOWN CASINO-BOSSIER CITY

CIVIL ACTION NO. 11-cv-1909

JUDGE STAGG

MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Boomtown Casino Bossier's **Motion to Dismiss (Doc. 8)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 20__.

TOM STAGG
UNITED STATES DISTRICT JUDGE