**RECEIVED**

MAR 2 7 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

JOHN-TALMAGE MATHIS

versus

BOOMTOWN CASINO-BOSSIER CITY

CIVIL ACTION NO. 11-1909
JUDGE TOM STAGG

# O R D E R

Before the court is a "Motion For Directed Verdict" filed <u>pro se</u> by the plaintiff, John-Talmage Mathis ("Mathis"). <u>See</u> Record Document 48.

**IT IS ORDERED** that the motion is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of March, 2012.



JUDGE TOM STAGG